## TELLABS OPERATIONS, INC., Plaintiff–Appellant,

and

Tellabs, Inc., and Tellabs North America, Inc., Counterclaim Defendants–Appellants,

v.

FUJITSU LIMITED, Defendant–Cross–Appellant,

and

Fujitsu Network Communications, Inc., Defendant.

Nos. 2013–1226, 2013–1244.

United States Court of Appeals, Federal Circuit.

May 2, 2014.

Constantine L. Trela, Jr., Sidley Austin LLP, of Chicago, IL, argued for plaintiff-appellant and counterclaim defendants-appellants. With him on the brief were James P. Bradley, Mark A. Dodd, Kristoffer B. Leftwich, Kelley A. Conaty and Benjamin B. Kelly, of Dallas, TX.

James C. Brooks, Orrick, Herrington & Sutcliffe LLP, of Los Angeles, CA, argued for defendant-cross appellant. Of counsel was David E. Wang, of Menlo Park, CA.

MOORE, REYNA, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.